JEFFERSON ET AL. *v.* HACKNEY, COMMISSIONER,
DEPARTMENT OF PUBLIC WELFARE
OF TEXAS, ET AL.

No. 1345, Misc. Decided May 4, 1970

*Ed J. Polk* and *Carl Rachlin* for appellants.

*Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Pat Bailey,* Executive Assistant Attorney General, and *W. O. Shultz II,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is granted. The judgment is vacated and the case is remanded to the United States District Court for the Northern District of Texas for further consideration in light of *Rosado* v. *Wyman, ante,* p. 397.